

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G & G Closed Circuit Events, LLC | Civil Action No. 20-cv-00988-DMS-MDD |
| **Plaintiff,** | |
| V. | |
| America Zamora Zarazua, individually doing business as El Comal Antojitos Mexicanos Restaurant | **CLERK'S DEFAULT JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came before the Court.  The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

JUDGMENT be entered against Defendant and in favor of G & G Closed Circuit Events, LLC as follows:
a. For the Violation of Title 47 U.S.C. § 605(e)(3)(C)(i)(II): $ 3,300.00
b. For the Violation of Title 47 U.S.C. § 605(e)(3)(C)(ii): $ 25,000.00
c. For the Tort of Conversion: $ 550.00
Total: $ 28,850.00

Date:  3/26/21

CLERK OF COURT
JOHN MORRILL, Clerk of Court

By:  s/ M. Exler

M. Exler, Deputy